**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUND FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, A DELAWARE LIMITED LIABILTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLAY SMART SURFACING, INC., A CALIFORNIA CORPORATION, et al.<br><br>Defendants. | Case No. EDCV 13-00582-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Construction Laborers Trust Fund for Southern California Administrative Company ("Plaintiff") against Defendants Play Smart Surfacing, Inc. ("Play Smart") and Rafael Alzaga, Jr. ("Alzaga").

1	Pursuant to this Judgment, Play Smart is ordered to
2	pay Plaintiff damages in the amount of $115,017.51, plus
3	$5,900.35 in attorneys' fees and $445.73 in costs, for a
4	total of $121,363.59.  Of this amount, Play Smart and
5	Alzaga, jointly and severally, are ordered to pay
6	Plaintiff the sum of $92,903.83, plus $5,316.15 in
7	attorneys' fees and $500.35 in costs, for a total of
8	$98.720.53.

10	Play Smart is also ordered to submit to an audit by
11	Plaintiff of its payroll and business records, as listed
12	in the Complaint, pages 17 through 20, from January 2013
13	to the date of the audit.  In addition, Play Smart is
14	ordered to submit monthly reports and contributions to
15	Plaintiff on the twentieth day of each month for the
16	duration of the Master Labor Agreements to which
17	Plaintiff and Play Smart are bound.

20	Dated:   November 12, 201        _____
	                                   VIRGINIA A. PHILLIPS
21	                                 United States District Judge

2