UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLAY SMART SURFACING, INC., a California corporation; et al.,<br><br>Defendants. | CASE NO.: 5:13-cv-00582 VAP-DTB<br><br>**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**<br><br>[No Hearing Scheduled] |

On November 12, 2013, judgment was entered in this action ("Judgment") in favor of the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company ("Judgment Creditor"), and against defendants Play Smart Surfacing, Inc. ("Play Smart") and Rafael Alzaga, Jr. ("Alzaga"). [Court Document 32 (Judgment).] As indicated in it, the Judgment had two monetary components. First, $121,363.59 was awarded against Play Smart. Second, of that amount, $98,720.53 was awarded jointly and severally against Play Smart and Alzaga.

1

[Abstracts of Judgment]  Abstracts of judgment as to the Judgment were recorded as follows:

| Date: | County | Instrument No.: | Judgment Debtor |
|---|---|---|---|
| June 11, 2014 | San Bernardino | 2014-210320 | Play Smart Surfacing, Inc. |
| June 11, 2014 | San Bernardino | 2014-210321 | Play Smart Surfacing, Inc. and Rafael Alzaga, Jr. |

[Notices of Judgment Lien]  Notices of judgment lien as to the Judgment were filed with the California Secretary of State as follows:

| Date | Instrument No. | Judgment Debtor |
|---|---|---|
| January 29, 2021 | U210018989036 | Play Smart Surfacing, Inc. |
| January 29, 2021 | U210018991535 | Rafael Alzaga, Jr. |
| April 2, 2014 | 14-7405979187 | Play Smart Surfacing, Inc |
| April 2, 2014 | 14-7405978934 | Rafael Alzaga, Jr. |

**NOW, upon application of the Judgment Creditor:**

The $121,363.59 Judgment against Play Smart. is renewed as follows:

    a.    Total Judgment……………………………………. $121,363.59

    b.    Costs after Judgment……………………………… $        0.00

    c.    Less Credits after Judgment……………….……… $ -41,942.01

    d.    Interest after Judgment computed from November 12, 2013 to June 10, 2021 at 0.11% (accruing at $0.24 per day)…………………….....  $      700.81

    e.    Total Renewed Judgment…………………..…….....$   80,122.39

///

///

///

1       The $98,720.53 Judgment awarded jointly and severally against Play Smart and Alzaga is renewed as follows:

    a.    Total Judgment……………………………………… $ 98,720.53

    b.    Costs after Judgment……………………………… $     0.00

    c.    Less Credits after Judgment……………………… $- 41,942.01

    d.    Interest after Judgment computed from November 12, 2013 to June 10, 2021 at 0.11% (accruing at $0.17 per day)……………………..... $    511.31

    e.    Total Renewed Judgment…………………….….....$ 57,289.83

DATED: June 15, 2021

_____
CLERK OF THE COURT

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **June 10, 2021**, I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Rafael Alzaga, Jr.  
Highland, CA

Play Smart Surfacing, Inc.  
Highland, CA

Play Smart Surfacing, Inc.  
2201 E Cooley Dr.  
Colton, CA 92324

Play Smart Surfacing, Inc.  
1125 Research Drive, Ste A  
Redlands CA 92374

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ Executed on **June 10, 2021**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Timothy Hoang